# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Gina Bell

**Defendant(s):** **Fountain Hills Assisted Living, LLC ; Skyline Estate Assisted Living, LLC ; Tucson Medical Supply, LLC ; Parkers Adult Care, LLC ; Ayse's Specialized Care, LLC ; Andre Lampkins ; Ayse Lampkins**

County of Residence: Pima

County of Residence: Pima

County Where Claim For Relief Arose: Pima

Plaintiff's Atty(s):

**Michael Zoldan (**Gina Bell **)**
**Zoldan Law Group, PLLC**
**14500 N Northsight Blvd, Suite 213**
**Scottsdale, Arizona  85260**
**480.442.3410**

**Jason Barrat (**Gina Bell **)**
**Zoldan Law Group, PLLC**
**14500 N Northsight Blvd, Suite 213**
**Scottsdale, Arizona  85260**
**480.442.3410**

Defendant's Atty(s):

---

<u>II. Basis of Jurisdiction</u>:     **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

                                   Plaintiff:- **N/A**
                                 Defendant:- **N/A**

<u>IV. Origin</u> :          **1. Original Proceeding**

<u>V. Nature of Suit</u>:          **710 Fair Labor Standards Act**

VI. Cause of Action:            29 U.S.C. § 201-219

VII. Requested in Complaint
    Class Action: **Yes**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** Michael Zoldan

    **Date:** 05/11/2017

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**