**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Gina Bell,

        Plaintiff,

v.

Fountain Hills Assisted Living LLC, et al.,

        Defendants.

No. CV-17-00217-TUC-DCB

**ORDER**

      Plaintiff being the prevailing party seeks an award of her reasonable attorney fees, pursuant to the fee-shifting provision of the Fair Labor Standards Act (FLSA). There is no objection. The Court has reviewed the Motion and finds Plaintiff is eligible and entitled to an award of her attorney fees and costs and that the amount requested is reasonable in time spent on the case and the fee charged.

      **Accordingly,**

      **IT IS ORDERED** that the Motion for Attorney Fees and Costs (Doc. 43) is GRANTED as follows: $22,930.00 in attorney fees and $925.00 in costs for a total award of $23,875.00, with a post judgment interest to accrue at 2.59% per annum.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall amend the Judgment, accordingly.

      Dated this 7th day of January, 2019.

Honorable David C. Bury
United States District Judge